UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUNIQUE AGOSTINI, *on behalf of herself and others similarly situated*,

                      Plaintiffs,

– against –

BODE NEW YORK, LLC,

                      Defendant.

**ORDER**

24-cv-08834 (ER)

Ramos, D.J.:

      Lunique Agostini brought this action against Bode New York, LLC on November 20, 2024.  Doc. 1.  Bode was served on December 5, 2024.  Doc. 6.  Since then, there has been no activity in this case.

      Agostini is directed to submit a status letter by no later than August 6, 2025.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated:  July 29, 2025
           New York, New York

                                                               EDGARDO RAMOS, U.S.D.J.